ROBERT LEITCH *et al.*

*v.*

JOHN WENTWORTH *et al.*

1. INJUNCTION—*of the collection of taxes for fraudulent purposes.* If a bill to restrain town officers from the collection of a tax alleges fraud in the levy of the taxes to pay a judgment fraudulently recovered against the town, this will give the court jurisdiction to grant the relief prayed.

2. PARTIES *defendant to bill to enjoin tax.* On bill to restrain town officers from the collection of taxes fraudulently levied to pay an unauthorized judgment, the parties to whom the taxes are to go, if collected, are not necessary parties, and it is not error to dismiss them from the case, where they have not filed a cross-bill.

APPEAL from the Circuit Court of Cook county; the Hon. WILLIAM W. FARWELL, Judge, presiding.

Mr. J. H. KNOWLTON, for the appellants.

Messrs. SCOVILLE, CORWIN & BAILEY, for the appellees.

Per CURIAM: This was a bill in chancery, in the Cook circuit court, to restrain the collection of a tax alleged to have been illegally assessed for the purpose, in part, of paying a judgment alleged to have been fraudulently obtained against the town of Lyons. The bill was filed by tax-payers of that town, and to which appellants here, who were to be the recipients of these taxes, when collected, were made defendants.

On the hearing, on complainants' motion, they were dismissed out of the case, and the injunction made perpetual against the other defendants, officers of the town of Lyons, and the county treasurer.

From this decree the party to whom these taxes, or a large portion of them, were to go, in the event of their collection, take this appeal, and raise various questions.

We think, on examination of the record, that the court did not err in making the injunction perpetual as against the town officers. We are of opinion, also, that these appellants were not necessary parties in the injunction. They had no vested interest in the tax levied, nor had they filed a cross-bill. Their remedy is by *mandamus*, if they have any. Their co-defendants, who are enjoined, do not complain.

Upon the point of jurisdiction, the allegation of fraud in levying the tax complained of, for an unauthorized purpose, was sufficient to give the court jurisdiction.

The decree must be affirmed.

*Decree affirmed.*